US BANKRUPTCY COURT
DISTRICT OF OREGON
2026 OCT -9 PM 12:27

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| In re | |
|---|---|
| Karla Ileana Juarez<br><br>Debtor | Case No. 26-33436-pcm7 34 KLS<br>☒ Amended<br><br>**NOTICE OF DEBTOR'S AMENDMENT OF MAILING LIST OR SCHEDULES D, E/F, G, OR H** |

## Notice

The debtor has filed the attached amended mailing list or schedules.

If you are being added as a creditor to the mailing list or schedules and the deadlines to file a proof of claim or complaint under 11 U.S.C. § 523(c) or § 727 have passed, a discharge granted to the debtor may not discharge the debt owed to you.

If you are a creditor being deleted from the mailing list or schedules—

- You may not receive any further notices, and
- If this is a chapter 9 or 11 case, a proof of claim must be filed by the later of (a) 30 days from the service date of this notice or (b) the latest time fixed by the court.

You should contact your attorney with any questions.

## Filing Instructions for Debtor

1. File this form to—
   - add or delete creditors from the mailing list or Schedules D, E/F, G, or H;
   - add addresses for creditors that were missing from the mailing list or Schedules D, E/F, G, or H filed with the petition; or
   - change the amount or classification of a debt listed on Schedules D or E/F.

   Payment of an amendment filing fee is required.

2. Adding or deleting creditors:
   - If filing in paper, include a creditor mailing list with only the new or deleted creditors listed in the format required by Local Bankruptcy Form (LBF) 104. Be sure to label each set of changes with "Add" or "Delete."

- If e-filing via ECF, enter the names and addresses of creditors being added or deleted, and use the appropriate ECF event to amend schedules or mailing lists. But, if more than two are being deleted, include a creditor mailing list with only the deleted creditors listed in the format required by LBF 104 rather than entering the deleted creditors' names in the event.

3. If amending Schedules D, E/F, G, or H, label amended schedules as "Supplemental," include only the new information, and file them with this notice.

4. Amending Schedules D or E/F:

   - Individual debtors must file the amended schedules with OF 106Sum.
   - Other debtors must file the amended schedules with OF 206Sum.

5. If the case is closed, file a separate motion to reopen with the applicable filing fee.

6. To file an address change for a previously listed creditor, use LBF 101C instead of this form.

**Service Instructions for Debtor**

7. When adding creditors, serve each new creditor with this notice, and a copy of any of the following documents that have already been filed in this case:

   A. The notice of meeting of creditors (also called notice of bankruptcy case) that includes all 9 digits of any social security number (SSN) or individual taxpayer identification number (ITIN).

   B. Each applicable amended schedule.

   C. If this is a chapter 7 case, any order fixing time for filing a proof of claim.

   D. If this is a chapter 9, 11, 12, or 13 case—

      - If the plan has not yet been confirmed, the notice of any pending confirmation hearing, all related documents sent with that notice and, in a chapter 13 case, the most recent proposed plan; or
      - If the plan has been confirmed, the most recent confirmation order and the most recent confirmed plan.

   E. If this is a chapter 11, 12, or 13 case: any notice of modification of plan including attachments if the deadline for objection has not passed.

   F. If this is a chapter 9 or 11 case—

- The names and addresses of the chairperson and any attorney for each official committee of creditors or equity security holders and
- The notice of any pending hearing on a disclosure statement, with attachments.

8. When deleting creditors, changing a creditor status (for example, undisputed to disputed), or reducing a creditor's claim, serve each affected creditor with this notice and the applicable amended schedules.

**Certificate of Compliance**

The undersigned debtor or debtor's attorney certifies that all applicable requirements above have been completed and the attachments are true and correct or were individually verified by the debtor.

10.9.26
Date

[signature]
Signature

Karla Ileana Juarez 971.302.9892
Type or Print Signer's Name and Phone No.

8840 SE otty rd #305 Happy valley, or 97086, 9825
Debtor's Address & Taxpayer ID#s (last 4 digits)

# Supplemental Creditor Mailing List

Debtor- Karla Ileana Juarez Case No- 26-33436-pcm7

**Add**

**Rapid Cash 20058**

**12131 SE Powell Blvd**

**Portland, OR 97266**

**Fill in this information to identify your case:**

Debtor 1: Karla Ileana Juarez
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: __________ District of Oregon

Case number (If known): 26-33436-pcm7

☑ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $ 0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $ 121,340.79 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* | $ 121,340.79 |

### Part 2: Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* | $ 21,834.54 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $ 90,850.97 |
| **Your total liabilities** | $ 112,685.51 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* | $ 8,499.35 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* | $ 8,456.86 |

Debtor 1 Karla Ileana Juarez — First Name / Middle Name / Last Name — Case number (if known) 26-33436-pcm7

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

- ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
- ☑ Yes

7. **What kind of debt do you have?**

- ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
- ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. — $ 11,684.50

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 18,565.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 18,565.00 |

**Fill in this information to identify your case:**

Debtor 1 Karla Ileana Juarez
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: __________ District of Oregon

Case number 26-33436-pcm7
(If known)

☑ Check if this is an amended filing

"supplemental"

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - ☑ No. Go to Part 2.
   - ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1**

_______________ Priority Creditor's Name

Number Street

City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ $________ $________ $________

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ________________

**2.2**

_______________ Priority Creditor's Name

Number Street

City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ $________ $________ $________

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ________________

Debtor 1 Karla Ileana Juarez
First Name Middle Name Last Name
Case number (if known) 26-33436-pcm7

**Part 1: Your PRIORITY Unsecured Claims – Continuation Page** "Supplemental"

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | **Total claim** | **Priority amount** | **Nonpriority amount**

Priority Creditor's Name

Number Street

City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ❑ No
- ❑ Yes

**Last 4 digits of account number** __ __ __ __ $____ $____ $____

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of PRIORITY unsecured claim:**

- ❑ Domestic support obligations
- ❑ Taxes and certain other debts you owe the government
- ❑ Claims for death or personal injury while you were intoxicated
- ❑ Other. Specify ____

Priority Creditor's Name

Number Street

City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ❑ No
- ❑ Yes

**Last 4 digits of account number** __ __ __ __ $____ $____ $____

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of PRIORITY unsecured claim:**

- ❑ Domestic support obligations
- ❑ Taxes and certain other debts you owe the government
- ❑ Claims for death or personal injury while you were intoxicated
- ❑ Other. Specify ____

Priority Creditor's Name

Number Street

City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ❑ No
- ❑ Yes

**Last 4 digits of account number** __ __ __ __ $____ $____ $____

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of PRIORITY unsecured claim:**

- ❑ Domestic support obligations
- ❑ Taxes and certain other debts you owe the government
- ❑ Claims for death or personal injury while you were intoxicated
- ❑ Other. Specify ____

Debtor 1 Karla Ileana Juarez
First Name Middle Name Last Name

Case number (if known) 26-33436-pcm7

## Part 2: List All of Your NONPRIORITY Unsecured Claims "Supplemental"

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☒ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** Rapid Cash 20058
Nonpriority Creditor's Name
12131 SE powell Blvd
Number Street
Portland, OR 97266
City State ZIP Code

**Last 4 digits of account number** 4926
**When was the debt incurred?** 9/7/26

$339.17

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify payday loan

**4.2** ______
Nonpriority Creditor's Name
______
Number Street
______
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ______

$______

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify ______

**4.3** ______
Nonpriority Creditor's Name
______
Number Street
______
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ______

$______

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify ______

Debtor 1 Karla Ileana Juarez
First Name Middle Name Last Name
Case number (if known) 26-33436-pcm7

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

☐

Nonpriority Creditor's Name

Number Street

City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ $__________

**When was the debt incurred?** __________

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify__________

☐

Nonpriority Creditor's Name

Number Street

City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ $__________

**When was the debt incurred?** __________

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify__________

☐

Nonpriority Creditor's Name

Number Street

City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ $__________

**When was the debt incurred?** __________

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify__________

Debtor 1 Karla Ileana Juarez (First Name / Middle Name / Last Name) Case number (if known) 26-33436-pcm7

## Part 3: List Others to Be Notified About a Debt That You Already Listed "Supplemental"

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name ______
Number Street ______
______
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

---

Name ______
Number Street ______
______
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

---

Name ______
Number Street ______
______
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

---

Name ______
Number Street ______
______
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

---

Name ______
Number Street ______
______
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

---

Name ______
Number Street ______
______
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

---

Name ______
Number Street ______
______
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

Debtor 1 Karla Ileana Juarez (First Name, Middle Name, Last Name) Case number (if known) 26-33436-pcm7

**Part 4:** **Add the Amounts for Each Type of Unsecured Claim** "Supplemental"

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 0 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $ 0 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 0 |

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ 339.17 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 339.17 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

**In re: Karla Ileana Juarez**

Chapter 7 | Case No. 26-33436-pcm7

## CERTIFICATE OF SERVICE

I certify that on October 9th, 2026, I served by depositing copies of the documents identified below in the United States mail, postage prepaid, addressed to the recipients listed below.

Documents served (check and/or edit to match what was actually mailed):

☑ Notice of Debtor's Amendment (LBF 728, page 1)

☑ Supplemental/Amended Schedule E/F (four pages)

☑ Notice of Chapter 7 Bankruptcy Case (Form 309A)

☑ Amended Summary of Assets and Liabilities (Form 106Sum)

☐ Other: ______________________________

Recipients and documents sent (check only after mailing):

☑ Rapid Cash
12131 SE Powell Blvd
Portland, OR 97266

☑ Kenneth S. Eiler, Chapter 7 Trustee
515 NW Saltzman Rd, PMB 810
Portland, OR 97229

☑ Office of the United States Trustee
1220 SW 3rd Avenue, Room 315
Portland, OR 97204

If different document packets were mailed to different recipients, specify here which documents each recipient received:

Rapid cash: pg 1 LBF 728, amended Schedule E/F, notice of ch 7 bankruptcy case form 309A. Kenneth S. Eiler All forms. Office of the united States trustee all forms.

I declare under penalty of perjury that the foregoing is true and correct.

Date signed: 10/9/26 Signature: [signature]

Printed name: Karla Ileana Juarez

**Fill in this information to identify your case:**

Debtor 1 Karla Ileana Juarez
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: __________ District of Oregon

Case number 26-33436-pcm7
(If known)

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person______________________. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✘ [signature]
Signature of Debtor 1

Date 10/09/2026
MM / DD / YYYY

✘ ______________________
Signature of Debtor 2

Date ____________
MM / DD / YYYY